IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RANNIE S. MYERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 11-3439 |
| MICHAEL ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

**OPINION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Plaintiff Rannie Myers' Application Brief in Support of Relief Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (d/e 21). The parties have consented, pursuant to 28 U.S.C. §636(c), to proceed before this Court. Consent to Proceed Before a United States Magistrate Judge, and Order of Reference entered June 20, 2012 (d/e 11). Myers prevailed in this matter and now requests an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The Motion was filed and served on January 31, 2013, and the Defendant Commissioner of Social Security has not responded and the time for filing a response has passed. The Commissioner is, therefore, deemed to have no opposition to Myers

request for attorney fees.  Local Rule 7.1(B)(2).  The Court has further reviewed the request and determines that the request of $2,775.00 in attorney fees in this case is reasonable and appropriate in this case.  The Motion is therefore allowed.

Myers has assigned her right to attorney fees to her counsel.  Such an assignment is appropriate as long as the award of fees is not subject to offset for any debt that Myers may owe the United States.  See Astrue v. Ratliff, __ U.S. __, 130 S.Ct. 2521, 2529-30 (2010).  The Commissioner will therefore pay the amount of the award that is not subject to offset directly to Myer's attorney.

WHEREFORE Plaintiff Rannie Myers' Application for Attorney Fees Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (d/e 21) is ALLOWED.  The Court awards Plaintiff Rannie Myers $2,775.00 in attorney fees.  Plaintiff Myers has assigned the award of fees to her attorney.  The Commissioner is therefore directed to pay the amount of the award that is not subject to offset directly to her attorney, D. Terrell Dempsey.

ENTER:    February 22, 2013

                                           s/ Byron G. Cudmore
                                     UNITED STATES MAGISTRATE JUDGE